# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**ARJUN PAUDEL CHHETRI**

**V.**                                                          **NO. 3:19CV135-M-P**

**THE UNIVERSITY OF MISSISSIPPI, ET AL**

## ORDER

The above styled and numbered cause was assigned to United States District Judge Michael P. Mills on June 21, 2019. Judge Mills, on his own motion, hereby **RECUSES** himself from this cause.

It is hereby **ORDERED** that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This the 24th day of June, 2019.

/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI