IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

Arjun Paudel Chhetri )
)
    Plaintiff )
)
v. ) Civil Action No.: 3:19CV-135-MPM-RP
)
The University of Mississippi, et al. )
)
    Defendants )

**PLAINTIFF'S RESPONSE TO THE UNIVERSITY APPOINTED COUNSEL'S MOTION TO DISMISS**

1

Plaintiff, Arjun Paudel Chhetri, is moving in front of this Honorable District Court with a response to the university appointed counsel's motion to dismiss.

The plaintiff respectfully requests this Honorable District Court to deny the motion as needless. There is no need to submit motion to dismiss on the university behalf as the plaintiff has clearly stated and as the university appointed counsel has clearly noted that the plaintiff's lawsuit is directed towards university officials acting in their official capacity-not towards the university. Moreover, the plaintiff respectfully did not reach the merit of the motion as the motion is needless.

Finally, the plaintiff respectfully requests this Honorable District Court to proceed the case on merit on defendants, Tracy Murry and Honey Ussery, acting in their official capacity.

## DECLARATION STATEMENT:

I, Arjun Paudel Chhetri (Plaintiff), declare under the penalty of perjury and under the law of the United States and the States of Alabama that the above statements are true and correct on the best of my knowledge, information, belief and experience. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Date: November 3, 2019

Respectfully Submitted,

Arjun Paudel Chhetri

2

RECEIVED
NOV 07 2019
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

| | |
|---|---|
| Arjun Paudel Chhetri | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:19CV135-MPM-RP |
| The University of Mississippi, et al. | ) |
| Defendants | ) |

### PROOF OF SERVICE

I, Arjun Paudel Chhetri (Plaintiff), on November 3, 2019, place "Plaintiff's Response to the University Appointed Counsel's Motion to Dismiss" and "Proof of Service" in the detention facility mailbox for regular mailing on the following names and addresses:

1. United States District Court
   Northern District of Mississippi
   Oxford Division
   Office of the Clerk
   911 Jackson Ave Suite 369
   Oxford, MS 38655

2. Paul B. Watkins, Jr., Esq.
   Mayo Mallette PLLC
   5 University Office Park
   2094 Old Taylor Road
   Post Office Box 1456
   Oxford, Mississippi 38655

I declare under the penalty of perjury that the above statements are true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Date: November 3, 2019

Respectfully Submitted,

*Arjun Paudel Chhetri*
Arjun Paudel Chhetri

From
Arjun Paudel Chhetri
A# 216486280
Etowah County Detention Center
827 Forrest Ave
Gadsden, AL 35901

BIRMINGHAM AL 350
05 NOV 2019 PM 4 L

RECEIVED

To
United States District Court
Northern District of Mississippi
Oxford Division
Office of the Clerk
911 Jackson Ave Suite 369
Oxford, MS 38655

Phone: 662-234-1971

Legal Mail