IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ARJUN PAUDEL CHHETRI                                          PLAINTIFF

V.                                    CIVIL ACTION NO. 3:19-CV-00135-NBB-RP

THE UNIVERSITY OF MISSISSIPPI;
TRACY MURRY, Director of Student Conflict
Resolution and Conduct, HONEY USSERY,
Title IX Coordinator                                          DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND**

**ADJUDGED** that the defendants' motions to dismiss are **GRANTED**; that the defendants'

motion to strike sur-rebuttal is **DENIED as moot**; and this case is closed.

This 22nd day of September, 2020.


 /s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE